UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Julie M. Byrne,

        Plaintiff,                Civil No. 06-262 (RHK/JSM)

vs.                              **DISQUALIFICATION AND**
                                      **ORDER FOR REASSIGNMENT**

Wyeth, f/k/a American Home
Products Corporation, a/k/a Wyeth,
Inc., Wyeth Pharmaceuticals, f/k/a
Wyeth Aherst Pharmaceuticals, Inc.,
a/k/a Wyeth Pharmaceuticals, Inc.,

        Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated February 10, 2003, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: January 19, 2006

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge